Lisa A. Messner
(Admitted *Pro Hac Vice*)
Ohio Bar. No. 0074034
lmessner@mslawgroup.com
Mac Murray & Shuster, LLP
6530 West Campus Oval, Suite 210
New Albany, OH 43054
Telephone:  (614) 939-9955
Facsimile:   (614) 939-9954

Kimon Manolius, SBN 154971
kmanolius@hansonbridgett.com
Samantha D. Wolff, SBN 240280
swolff@hansonbridgett.com
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Third-Party Defendants
Career Horizons, Inc. d/b/a Teleservices Direct and
JNET Communications, LLC d/b/a Servicom*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| REGINA MARTINEZ, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SIRIUS XM RADIO INC., *et al.*,<br><br>　　　　Defendants. | Case No. 8:17-cv-00205-AG-KES<br><br>Honorable Andrew J. Guilford<br>Judge<br><br>Honorable Karen E. Scott<br>Magistrate Judge |
| SIRIUS XM RADIO INC.,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>DIALAMERICA MARKETING, INC., *et al.*,<br><br>　　　　Third-Party Defendants. | **NOTICE OF MOTION** |

Notice of Motion
Case No. 8:17-cv-00205-AG-KES

# NOTICE OF MOTION

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 5, 2017.

Please take notice that on July 10, 2017, at 10:00 a.m., the undersigned counsel will appear before the Honorable Judge Andrew J. Guilford to present Third-Party Defendant Career Horizsons, Inc. d/b/a Teleservices Direct's Motion to Stay Case Pending Ruling in *ACA International v. FCC*.

Respectfully submitted:

By:  /s/ *Lisa A. Messner*
_____
LISA A. MESSNER
(ADMITTED *PRO HAC VICE*)
Ohio Bar. No. 0074034
lmessner@mslawgroup.com
Mac Murray & Shuster, LLP
6530 West Campus Oval, Suite 210
New Albany, OH 43054
Telephone:  (614) 939-9955
Facsimile:   (614) 939-9954

Kimon Manolius, SBN 154971
kmanolius@hansonbridgett.com
Samantha D. Wolff, SBN 240280
swolff@hansonbridgett.com
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Third-Party Defendants Career Horizons, Inc. d/b/a Teleservices Direct and JNET Communications, LLC d/b/a Servicom*

-2-

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system on this 12th day of June, 2017 which will notify all counsel of record.

Respectfully submitted:

By: /s/ *Lisa A. Messner*
_____
LISA A. MESSNER
(ADMITTED *PRO HAC VICE*)
Ohio Bar. No. 0074034