Tammy Hussin (SBN: 155290)
HUSSIN LAW
1302 N. Coast Highway 101, Suite 201
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiffs, Regina Martinez, Anthony Ercolani, Robert Schwartz, Sarah Schwartz, and Kevin Pine

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| REGINA MARTINEZ, ANTHONY ERCOLANI, ROBERT SCHWARTZ, SARAH SCHWARTZ, and KEVIN PINE<br><br>Plaintiffs,<br>v.<br>SIRIUS XM RADIO, INC.; DOES 1-10,<br>Defendants.<br>_____<br>And related third-party action. | **Case No.: 8:17-cv-00205**<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE HEARING ON MOTION TO DISMISS AND MOTION TO STAY**<br><br>Current Date: August 21, 2017 |

COME NOW, Plaintiffs, Regina Martinez, Anthony Ercolani, Robert Schwartz, Sarah Schwartz, and Kevin Pine, to move the Court to reschedule the August 21, 2017 hearing on Third Party Defendant Career Horizons, Inc., dba Teleservices Direct's Motion to Stay (Doc No. 59), and Third Party Defendant The Results Company's Motion to Dismiss, or in the alternative, Motion to Stay (Doc No. 64-1) to August 28, 2017 or September 11, 2017.

In support of this motion Plaintiffs state:

1. On July 5, 2017, this Court issued a Minute Order in Chambers (Doc No. 79) to give notice of the rescheduling of the July 10, 2017 hearing, for August 21, 2017, at 10:00 a.m.

2. Plaintiffs' counsel, who will argue in opposition to the motion, has a conflict and is scheduled to appear at an arbitration hearing in Memphis Tennessee on August 21, 2017.

3. The brief delay will not work to the prejudice of any party.

4. Plaintiffs' counsel has conferred with counsel for all defendants, and has received no opposition to the proposed hearing dates.

WHEREFORE, Plaintiffs respectfully requests this Court to reschedule the August 21, 2017 hearing to either August 28, 2017, or September 11, 2017.

As good cause has been shown for the relief requested herein, the hearing scheduled for August 21, 2017 on Defendants' Motion to Stay should be rescheduled to August 28, 2017 or September 11, 2017.

A proposed Order is attached hereto.

DATED: July 28, 2017                    TAMMY HUSSIN
                                        By: */s/ Tammy Hussin*
                                        Tammy Hussin, Esq.
                                        Hussin Law

2