UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 17-00205 AG (KESx) | Date | August 23, 2017 |
|---|---|---|---|
| Title | REGINA MARTINEZ ET AL. v. SIRIUS XM RADIO, INC. ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:      [IN CHAMBERS] ORDER REGARDING THIRD-PARTY DEFENDANT'S MOTION TO DISMISS OR STAY**

The Results Companies LLC filed a motion to dismiss the third-party complaint filed by Sirius XM Radio, Inc. (Dkt. No. 64.) But Sirius XM filed a request to dismiss The Results Companies without prejudice under Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 77.) This Court granted that request. (Dkt. No. 78.)

The Results Companies' motion to dismiss is MOOT, and the Court VACATES the August 28, 2017 hearing on that motion. (Dkt. No. 64.)

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |