Tammy Hussin (SBN: 155290)
HUSSIN LAW
1302 N. Coast Highway 101, Suite 201
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiffs, Kevin Pine, Anthony Ercolani, Robert Schwartz, Sarah Schwartz, and Regina Martinez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN PINE, ANTHONY ERCOLANI, ROBERT SCHWARTZ, SARAH SCHWARTZ, and REGINA MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SIRIUS XM RADIO, INC.; DOES 1-10, <br> Defendants. | Case No.: 8:17-cv-00205 <br><br> **NOTICE OF SETTLEMENT** |

    Plaintiffs hereby inform this Court that this matter has settled, and that settlement agreements should be finalized within the next 30 days.

DATED:  December 6, 2017              HUSSIN LAW

                                     By:  */s/ Tammy Hussin*
                                     Tammy Hussin, Esq.
                                     Attorney for Plaintiffs