1  Tammy Hussin (SBN: 155290)
   HUSSIN LAW
2  1302 N. Coast Highway 101, Suite 201
3  Encinitas, CA 92024
   Tel: (877) 677-5397
4  Fax: (877) 667-1547
5  Tammy@HussinLaw.com

6
   Attorney for Plaintiffs, Kevin Pine, Anthony Ercolani, Robert Schwartz, Sarah
7  Schwartz, and Regina Martinez

8

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10                    **WESTERN DIVISION**

11
   KEVIN PINE, ANTHONY              Case No.: 8:17-cv-00205
12 ERCOLANI, ROBERT SCHWARTZ,
13 SARAH SCHWARTZ, and REGINA
   MARTINEZ,                        **STIPULATED DISMISSAL**
14
15              Plaintiffs,

16    v.

17
   SIRIUS XM RADIO, INC.; DOES 1-
18 10,
19              Defendants.

20

21    IT IS HEREBY STIPULATED by and between Plaintiffs KEVIN PINE,
22 ANTHONY ERCOLANI, ROBERT SCHWARTZ, SARAH SCHWARTZ, and
23 REGINA MARTINEZ, Defendant SIRIUS XM RADIO, INC., and Third Party
24 Defendants Sykes Enterprises, Inc., and Career Horizons, Inc., through their
25 respective counsel of record, that the above-captioned action be dismissed with
26 prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
27 with each party to bear its own attorneys' fees and costs.
28

1
2 | DATED:  January 11, 2018 | HUSSIN LAW
3
4 | | By: /s/ Tammy Hussin
Tammy Hussin, Esq.
Attorney for Plaintiffs
5
6 | DATED:  January 11, 2018 | JONES DAY
7
8 | | By: Allison L. Waks
Attorneys for Defendant
SIRIUS XM RADIO, INC.
9
10
11 | Dated:  January 11, 2018 | Hanson Bridgett LLP
12
13 | | By: Jaime Austrich
Attorney for Defendant
Sykes Enterprises
14
15 | Dated:  January 11, 2018 | Mac Murray and Shuster LLP
16
17
18 | | By: Lisa A. Messner
Attorneys for Defendant
Career Horizons, Inc.
19
20
21
22
23
24
25
26
27
28